AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 24, 2021**

SEAN F. McAVOY, CLERK

FREDERICK W. PORTER, and
HOLLY A. PORTER, as guardian ad litems for F.R.P., a minor child,
    *Plaintiff*
v.
BRIAN M. LEAR, M.D., and
PATRICK D. VIGIL, M.D.,
    *Defendant*

Civil Action No.   1:21-cv-03064-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendants' Motion and Memorandum for Dismissal is GRANTED. Plaintiffs' claims are DISMISSED WITH PREJUDICE; All parties shall bear their own costs and attorney fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Salvador Mendoza, Jr.   on a motion and memorandum for dismissal.

Date:   09/24/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Mishani Jack-Gonzalez
*(By) Deputy Clerk*
Mishani Jack-Gonzalez